Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Vaughn Desmond Carter                                  Docket No. 02-00090-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Vaughn Desmond Carter, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 11th day of July 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not unlawfully possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall submit to urinalysis as directed by the probation officer and shall participate in a substance abuse treatment program if necessary. It is also ordered that the defendant's initial drug test occur within 15 days of his being placed on supervision and he shall undergo at least two periodic tests thereafter. It is also ordered that the defendant shall be required to pay for the costs of services for any such treatment in an amount not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.
- The defendant shall pay the remaining balance of restitution through monthly installments of at least 10% of his gross monthly income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation officer, unless he is in compliance with the restitution payment schedule.
- The defendant shall notify the United States Attorney's Office for this district within 30 days of any change in his mailing or residence that occurs while any portion of restitution remains unpaid.
- The defendant shall undergo a mental health evaluation and, if recommended, participate in a treatment program, as recommended by the probation officer. The defendant shall remain in any such program until he is released from it by the probation officer.
- The defendant shall make restitution to National City Bank in the amount of $215.
- The defendant shall pay to the United States a special assessment of $100.

07-11-03:   Bank Robbery; Sentenced to 96 months' custody of the Bureau of Prisons, to be followed by 3 years' supervised release.
08-28-09:   Released to supervision.
09-17-09    Supervision transferred from United States Probation Officer Tara Kessler to United States Probation Officer Specialist David J. Conde.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports the following.

On October 17, 2009, the probation office was contacted by Mr. Carter's girlfriend and was informed that Mr. Carter had placed himself into the detoxification unit at Millcreek Community Hospital, located in Erie, Pennsylvania. She explained that Mr. Carter's consumption of alcoholic beverages had become overwhelming and he was in need of intervention. Mr. Carter was discharged from the unit on October 20, 2009. On October 22, 2009, Mr. Carter advised the probation office that he had begun using alcoholic beverages to excess due to several unresolved issues in his life. Mr. Carter added that he needed to begin to address these issues and desired treatment. As a result of his excessive use of alcoholic beverages, Mr. Carter signed on this date Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision (enclosed), in which he agreed to the following modification of supervision: The releasee shall not purchase, possess, or consume alcoholic beverages.

**PRAYING THAT THE COURT WILL ORDER** that the releasee shall not purchase, possess, or consume alcoholic beverages.

ORDER OF COURT

Considered and ordered this 5th day of Nov, 2009 and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2009

_____
David J. Conde
U.S. Probation Officer Specialist

_____
Stephen A. Lowers
Supervising U.S. Probation Officer

Place:   Erie, PA.